UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ARIEANNA MITCHELL,<br>　　　　*Plaintiff*<br><br>v.<br><br>H-E-B, LP,<br>　　　　*Defendants* | §<br>§<br>§<br>§<br>§  Case No. 1:23-CV-01273-DII<br>§<br>§<br>§ |

### O R D E R

Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **April 15, 2024**.

**SIGNED** on April 1, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE